■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICA A. HOWARD, Appellant. [825 NYS2d 410]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered April 27, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.